**Sudie Brent EARLY, R. Nimrod Early, and Nathaniel B. B. Early, Executrix and Executors, respectively, of the last will and testament of N. B. Early, Jr., deceased, Appellants, v. Rosa McBee HEATH, Executrix of the Estate of James E. Heath, deceased, Appellee.**

**Sudie Brent EARLY, R. Nimrod Early, and Nathaniel B. B. Early, Executrix and Executors, respectively, of the last will and testament of N. B. Early, Jr., deceased, Appellants, v. William G. MAUPIN, Appellee.**

**Nos. 5782, 5783.**

United States Court of Appeals
Fourth Circuit.

Oct. 9, 1948.

Robert R. Reynolds, Jr., Sp. Asst. to Atty. Gen. (Theron Lamar Caudle, Asst. Atty. Gen., George A. Stinson, Ellis N. Slack, and S. Walter Shine, Sp. Assts. to Atty. Gen., George R. Humrickhouse, U. S. Atty., of Richmond, Va. and John P. Harper, Asst. U. S. Atty., of Norfolk, Va., on the brief), for appellants.

William L. Parker, of Norfolk, Va., for appellees.

Before PARKER, Chief Judge and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment holding section 107 of the Internal Revenue Code applicable to counsel fees collected in the year 1939 on an allowance by the court for services rendered stockholders of a corporation not otherwise represented by counsel. The services were rendered over a period of more than five years and counsel had received payment in the preceding year from stockholders with whom they held contracts. The facts are fully stated in the opinion of the District Court, which is reported in 77 F.Supp. 474; and the decision will be affirmed on that opinion, which is adopted as the opinion of this Court. This decision is in accord with the decisions of the Second and Sixth Circuits. See Bergh v. Pedrick, 2 Cir., 168 F.2d 663, and Slough v. Commissioner, 6 Cir., 147 F.2d 836.

Affirmed.

**John BIESHAAR, Appellant, v. Jack RUBACK, Doing Business under the Name of Alamo Exposition Show.**

**No. 13779.**

United States Court of Appeals
Eighth Circuit.

Aug. 31, 1948.

Bray, Carson & McCoy, of Oskaloosa, Iowa, for appellant.

McNett, Kuhns & McNett, of Ottumwa, for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on stipulation of parties.

**DAVENPORT FOUNDATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 11912.**

United States Court of Appeals
Ninth Circuit.

Oct. 14, 1948.

Melvin D. Wilson, of Los Angeles, Cal., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen. and George A. Stinson, Ellis N. Slack, A. F. Prescott, and Howard P. Locke, Sp. Assts. to Atty. Gen., for respondent.

Before HEALY and ORR, Circuit Judges, and BOWEN, District Judge.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, (entered December 24, 1947,) the decision of the Tax Court of the United States is affirmed.